

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: **'08 MJ 8348** |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Esteban VEGA-Carrillo | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about April 23, 2008, within the Southern District of California, defendant Esteban VEGA-Carrillo did knowingly and intentionally import approximately 16.50 kilograms (36.3 pounds) of cocaine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 31, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 24TH, DAY OF APRIL 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

    v.

Esteban VEGA-Carrillo

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Joe Morquecho.

On April 23, 2008, at approximately 0618 hours, Esteban VEGA-Carrillo entered the United States at the Calexico, California, West Port of Entry. VEGA was the driver and registered owner of a 2000 Dodge Ram. Customs Border Protection Officer Siqueiros was assigned to primary lanes when VEGA entered her lane. Officer Siqueiros noted the vehicle had been randomly chosen to be referred to the vehicle secondary lot for further inspection. VEGA gave Officer Siqueiros a negative oral Customs declaration. Officer Siqueiros referred VEGA and the vehicle to the vehicle secondary lot.

In the vehicle secondary lot, Officer Huerta received a negative oral Customs declaration from VEGA. VEGA said he was the owner of the vehicle and was on his way home to Calexico, CA. Officer Huerta requested Canine Enforcement Officer (CEO) Jones screen the vehicle for contraband with his assigned Narcotic Detector Dog (NDD). CEO Jones noted his NDD alerted to the vehicle.

A subsequent inspection of the vehicle revealed 15 packages in the firewall of the vehicle. Officer Huerta probed one of the packages and a sample of a white powdery substance was obtained, which field tested positive for cocaine. The fifteen (15) packages had a combined net weight of approximately 16.50 kilograms (36.3 pounds) of cocaine.

Agent Morquecho advised VEGA of his rights per Miranda. VEGA stated he understood his rights and was willing to answer questions without the presence of an attorney. VEGA stated the vehicle did not belong to him, but that it was registered

under his name. VEGA said he had made an agreement to smuggle drugs into the United States from Mexico, but he did not know the vehicle was loaded in this instance. VEGA stated he was given the vehicle to drive when he agreed to smuggle drugs into the United States about 1 ½ months ago. VEGA stated he had agreed to smuggle drugs because he needed money for his pregnant girlfriend. VEGA stated he has driven the vehicle into the United States about six (6) times prior to this occasion. VEGA stated he planned on entering the United States for the purpose of buying vehicle insurance and that he planned on returning to Mexico after he had purchased the insurance.