```
                                        FILED

                                        08 MAY -7 PM 4:25

                                        CLERK U.S. DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                        BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury   08 CR 1464 JM

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>           Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br>ESTEBAN VEGA-CARRILLO,        )<br>                              )<br>           Defendant.         )<br>_____) | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952 and<br>960 - Importation of Cocaine;<br>Title 21, U.S.C., Sec. 841(a)(1) -<br>Possession of Cocaine with<br>Intent to Distribute |

The grand jury charges:

<u>Count 1</u>

On or about April 23, 2008, within the Southern District of California, defendant ESTEBAN VEGA-CARRILLO did knowingly and intentionally import 5 kilograms and more, to wit: approximately 16.50 kilograms (36.30 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

CJB:nlv:Imperial
5/5/08

<u>Count 2</u>

On or about April 23, 2008, within the Southern District of California, defendant ESTEBAN VEGA-CARRILLO did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 16.50 kilograms (36.30 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: May 7, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By:  _____
CARLA J. BRESSLER
Assistant U.S. Attorney