**JOHN C. ELLIS, JR.**
California State Bar No. 228083
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
E-mail: john_ellis@fd.org

Attorneys for Mr. Esteban Vega-Carrillo

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>**ESTEBAN VEGA-CARRILLO,**<br><br>    Defendant. | Case No.: 08cr1464-JM<br><br>Date:  June 6, 2008<br>Time:  11:00 a.m.<br><br>**NOTICE OF MOTIONS AND MOTIONS TO:**<br><br>**(1) COMPEL DISCOVERY/PRESERVE EVIDENCE; AND**<br>**(2) LEAVE TO FILE FURTHER MOTIONS.** |

TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
         JOHN N. PARMLEY, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that on Friday, June 6, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, the accused, Esteban Vega-Carrillo, by and through his attorneys, John C. Ellis, Jr. and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions outlined below.

////
////
////
////
////

**MOTIONS**

The accused, Esteban Vega-Carrillo, by and through his attorneys, John C. Ellis, Jr. and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Compel Discovery/Preserve Evidence; and
(2) Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

Dated: June 6, 2008

*/s/ John C. Ellis, Jr.*
**JOHN C. ELLIS, JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Esteban Vega-Carrillo
john_ellis@fd.org