UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                           )<br>              Plaintiff,               )<br>                                                           )<br>v.                                                      )<br>                                                           )<br>ESTEBAN VEGA-CARRILLO,    )<br>                                                           )<br>              Defendants.          )<br>_____) | Case No. 08cr1464-JM<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Motions and Motions has been electronically served this day upon:

> John Parmley, Assistant United States Attorney
> 880 Front Street
> San Diego, CA  92101

Dated: June 6, 2008                                                  /s/ John C. Ellis, Jr.
                                                                              JOHN C. ELLIS, JR.
                                                                              Federal Defenders
                                                                              225 Broadway, Suite 900
                                                                              San Diego, CA 92101-5030
                                                                              (619) 234-8467  (tel)
                                                                              (619) 687-2666  (fax)
                                                                              E-mail: john_ellis@fd.org