UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr1464-JM |
| Plaintiff, | ) ) ) | ORDER GRANTING |
| v. | ) ) | JOINT MOTION TO CONTINUE SENTENCING HEARING |
| ESTEBAN VEGA-CARRILLO, | ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that the joint motion to continue the sentencing hearing now scheduled for November 7, 2008, at 9:00 a.m. be continued to **Friday, January 9, 2009, at 9:00 a.m.**

**IT IS SO ORDERED**.

DATED: October 24, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge